# Court of Appeals
# of the State of Georgia

ATLANTA, March 04, 2026

*The Court of Appeals hereby passes the following order:*

### A26D0375. LIU WEIDONG v. GWINNETT COUNTY.

In this action for an injunction filed by Gwinnett County, Liu Weidong seeks to appeal the trial court's rule nisi order requiring Weidong to appear and show cause as to why he should not be held in contempt.[1] Weidong originally filed this application for discretionary appeal in the Supreme Court of Georgia, which transferred the case here. See Case No. A26D0647 (Jan. 15, 2026). We, however, lack jurisdiction.

At the time Weidong filed this application, the County's motion for contempt was still pending in the trial court. Accordingly, Weidong was required to comply with the interlocutory appeal procedures — including securing a certificate of immediate review from the trial court — to obtain immediate appellate review of the order at issue. See OCGA § 5-6-34(b); *Guy v. Roberson*, 214 Ga. App. 391, 392(1) (448 SE2d 60) (1994). And Weidong's filing of an application for a discretionary appeal does not excuse him from complying with the interlocutory appeal procedures set forth in OCGA § 5-6-34(b). See *Bailey v. Bailey*, 266 Ga. 832, 832–33 (471 SE2d 213) (1996) (where a party is appealing an interlocutory order, the filing of an application for a discretionary appeal is insufficient to confer jurisdiction on the appellate court); *Eidson v. Croutch*, 337 Ga. App. 542, 543 (788 SE2d 129) (2016) (same).

---

[1] Weidong did not include a copy of the motion for contempt or the order to which Weidong is allegedly in contempt of, in violation of Court of Appeals Rule 31(e) ("The applicant shall include with the application a copy of any petition or motion that led directly to the order or judgment being appealed and a copy of any responses to the petition or motion.").

Given Weidong's failure to follow the interlocutory appeal procedures, we lack jurisdiction to consider this application, which is hereby DISMISSED. See *Bailey*, 266 Ga. at 833.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 03/04/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*